UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| David Bidwell, *on behalf of himself and all others similarly situated,*<br><br>　　　　　　　Plaintiff,<br>v.<br><br><br>Express Scripts, Inc,<br>　　　　　　　Defendant. | Civil Action No.: 3:20-cv-10622-KAR |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

David Bidwell

　　/s/ Sergei Lemberg

Sergei Lemberg, Esq.
BBO No.: 650671
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT  06897
(203) 653-2250

Attorney for Plaintiff

Express Scripts, Inc.

　　/s/ Christopher A. Smith

Christopher A. Smith (*pro hac vice*)
Sarah L. Zimmerman (*pro hac vice*)
Aaron J. Chickos (*pro hac vice*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
P:  (314) 480-1500
F:  (314) 480-1505
Chris.smith@huschblackwell.com
Sarah.zimmerman@huschblackwell.com
Aaron.chickos@huschblackwell.com

Katherine R. Parsons, Bar No. 657280
CREVIER & RYAN, LLP
1500 Main Street, Suite 2316
Springfield, MA 01115-5727
P:  (413) 787-2400
F:  (413) 781-8235
kparson@crevierandryan.com

Attorneys for Defendant

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 16, 2020, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By /s/ Sergei Lemberg

               Sergei Lemberg